IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINWOOD HOSEA GORDON,

Debtor.

WELLS FARGO BANK, N.A.,

Garnishee.

Case No. 2:26MC00008-DJC-CKD

**~~[PROPOSED]~~ ORDER TERMINATING WRIT OF GARNISHMENT**

Criminal Case No. 2:21CR00197-DJC

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on January 23, 2026, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: August 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa26mc8.garn.term